UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD J. ALLISON,

Plaintiff

v.

STEIN FORENSICS UNIT & STAFF,

Defendant

Case No.  2:21-cv-01682-RFB-NJK

**ORDER**

## I.    DISCUSSION

On September 10, 2021, Plaintiff, an inmate currently located at Southern Nevada Adult Mental Health Services, submitted a civil rights complaint under 42 U.S.C. § 1983.  Docket No. 1-1.  Plaintiff has not submitted a complaint in compliance with Local Special Rule 2-1 or an application to proceed *in forma pauperis* or paid the full $402 filing fee in this matter.

### **Complaint**

The Court notes that Plaintiff's document at Docket No. 1-1 does not comply with Local Special Rule 2-1 ("LSR 2-1").  Under LSR 2-1, a civil rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by the court <u>or must be legible and contain substantially all the information called for by the court's form</u>.  As such, the Court grants Plaintiff a **one-time** extension until on or before **November 15, 2021** to submit complaint to the Court in compliance with LSR 2-1.  The Court will also provide Plaintiff a copy of the Court's § 1983 complaint form with instructions.

### **Application to Proceed *in Forma Pauperis***

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $402 filing fee.  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** extension to file a fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **November 15, 2021**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **November 15, 2021**, this case will be subject to dismissal <u>without prejudice</u> for Plaintiff to file a new case with the Court when Plaintiff has all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

A dismissal <u>without prejudice</u> means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **November 15, 2021** to proceed with this case.

## II.    CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, and a copy of his original document at Docket No. 1-1.

IT IS FURTHER ORDERD that Plaintiff will have until on or before **November 15, 2021** to submit complaint to the Court in compliance with LSR 2-1.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint in compliance with LSR 2-1 on or before **November 15, 2021**, this case will be subject to dismissal <u>without prejudice</u>

1   for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to

2   file a complaint in compliance with LSR 2-1.

3         IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved

4   form application to proceed *in forma pauperis* by an inmate, as well as the document entitled

5   information and instructions for filing an *in forma pauperis* application.

6         IT IS FURTHER ORDERED that, on or before **November 15, 2021**, Plaintiff will either

7   pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52

8   administrative fee) or file with the Court:

9         (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's

10   approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page

11   3);

12         (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official

13   (i.e. page 4 of this Court's approved form); and

14         (3) a copy of the **inmate's prison or jail trust fund account statement for the previous**

15   **six-month period**.

16         IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to

17   proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action

18   on or before **November 15, 2021**, this case will be subject to dismissal without prejudice for

19   Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three

20   documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402

21   filing fee.

22         DATED:  September 15, 2021.

23

24                                  _____

                                  NANCY J. KOPPE

25                                    UNITED STATES MAGISTRATE JUDGE

26

27

28